FILED
CLERK, U.S. DISTRICT COURT

SEP - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 99-313-AHM |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| DAAOOD Muhammad, ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence submitted by ∆; nature of charges___

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _no evidence submitted by ∆; prior drug issues and issues of mental health → danger to self._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/3/10

_____
RALPH ZAREFSKY
UNITES STATES MAGISTRATE JUDGE

2